IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LIVINGSTON EDUCATIONAL SERVICE AGENCY and WAYNE-WESTLAND COMMUNITY SCHOOLS,

    *Plaintiffs-Appellants*,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al.,

    *Defendants-Appellees*.

No. 22-1257

## MOTION FOR 39-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, the government respectfully requests a 39-day extension of time, to and including September 9, 2022, of the time for filing its response brief. Plaintiffs-appellants oppose this motion. The government has not previously sought an extension in this case.

1. This case is plaintiffs' appeal of an order entered on March 4, 2022, which denied their motion for preliminary injunction to block enforcement of a rule requiring federally funded Head Start programs to ensure that their

staff are vaccinated against COVID-19 (subject to medical and religious exemptions). A unanimous panel of this Court denied plaintiffs' motion for an injunction pending appeal. *See Livingston Educ. Serv. Agency v. Becerra*, 35 F.4th 489 (6th Cir. 2022). This Court then denied plaintiffs' petition for rehearing en banc, with no judge having requested a vote. *See* 2022 WL 2286410 (6th Cir. June 21, 2022).

2. Plaintiffs filed their opening brief on June 30, 2022, after receiving a 30-day extension. The government's response brief is currently due August 1, 2022. The government has not previously received an extension.

3. The government respectfully requests a 39-day extension of time, to and including September 9, 2022, in which to file its response brief. The requested extension is necessary in light of other briefing deadlines faced by government counsel. Sarah Clark has principal responsibility for preparing the government's brief in this case. Ms. Clark also has principal responsibility for preparing the government's brief in *Air Force Officer v. Austin*, No. 22-11200 (11th Cir.) (opening brief due July 27, 2022, as extended); *Captain v. U.S. Secretary of Defense*, No. 22-12029 (11th Cir.) (opening brief due July 27, 2022); *Kennedy v. Warren*, No. 22-35457 (9th Cir.)

(response brief due August 3, 2022); and *Short v. Berger*, No. 22-15755 (9th Cir.) (response brief due August 10, 2022, as extended).

Alisa Klein has supervisory responsibility for the government's brief in this case. Ms. Klein also has supervisory responsibility for the following matters with upcoming briefing deadlines: *Restaurant Law Center v. Dep't of Labor*, No. 22-50145 (5th Cir.) (response brief due July 8, 2022, as extended); *United Therapeutics Corp. v. Johnson*, No. 21-5304 (D.C. Cir.) (reply brief due July 27, 2022, as extended); *Wall v. CDC*, No. 22-11532 (11th Cir.) (response brief due July 27, 2022); *Mahwikizi v. HHS*, No. 22-1776 (7th Cir.) (response brief due August 12, 2022, as extended); *Eli Lilly & Co. v. Becerra*, No. 21-3128 (7th Cir.) (reply brief due August 15, 2022); and *Health Freedom Defense Fund v. President of the United States*, No. 22-11287 (11th Cir.) (reply brief due August 22, 2022). In addition, Ms. Klein will be away on vacation from September 1-5, 2022.

4. Counsel for plaintiffs asked that we describe their position this way: "Appellants expressed no opposition to the extension so long as Appellees gave assurance that they would not seek to enforce the rule against Appellants in the meantime. Appellees' counsel said that HHS could not

give such assurance. As a result, Appellants cannot consent to the requested extension."

In other words, plaintiffs would make their consent to the requested extension contingent on the type of relief that they failed to obtain through their motion for a preliminary injunction or their motion for an injunction pending appeal. That is not a reasonable ground for opposing this extension request, particularly because plaintiffs did not seek to expedite this appeal and obtained a 30-day extension for their brief.

## CONCLUSION

The Court should grant the government a 39-day extension of time, to and including September 9, 2022, in which to file its response brief.

                                  Respectfully submitted,

                                  ALISA B. KLEIN

                                  */s/ Sarah J. Clark*
                                  SARAH J. CLARK
                                  202-305-8727
                                      Attorneys, Appellate Staff
                                      Civil Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Ave., N.W.
                                      Room 7216
JULY 2022                          Washington, D.C. 20530

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27 because it contains 603 words. This response complies with the typeface and the type-style requirements of Federal Rules of Appellate Procedure 27 and 32 because it has been prepared in a proportionally spaced typeface using Word 14-point Book Antiqua typeface.

*/s/ Sarah J. Clark*
Sarah J. Clark

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Sarah J. Clark*
SARAH J. CLARK